DEMSCHA & RAZIN INTERNATIONAL FOODS,
INC., ETC., ET AL.

v.

ADAM BALABAN, T/A ADAMBA, ET AL.

May 12, 1986.

Petition for certification denied.

FLOYD BERNSTEIN AND PHYLLIS BERNSTEIN v. BRIAN
NEWMAN, ETC., ET AL.

May 12, 1986.

Petition for certification denied.

MARYLYN PILEGGI, ETC.

v.

CHERRY HILL CENTER, INC., ETC.

May 12, 1986.

Petition for certification denied.